**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Susan Shields Turbitt              CHAPTER 13
            Debtor(s)

BKY. NO. 24-11322 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Wells Fargo Bank, N.A., as Trustee for the EMC Mortgage Loan Trust 2002-A, Mortgage Pass-Through Certificates Series 2002-A and index same on the master mailing list.

                                                   Respectfully submitted,

                                              /s/ *Michael Farrington*
                                              Michael Farrington
                                              24 Apr 2024, 11:28:04, EDT

                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 627-1322

Document ID: 26de30d78719fc6faafc75a9cc190534070505e5256a41af8f3fd0da523ecfc1