**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Susan Shields | : | Chapter 13 |
| Turbitt | : | Case No. 24−11322−amc |

## **ORDER**

AND NOW, this 23rd day of May, 2024, upon consideration of the within Motion for Additional Extension of Time to File Required Documents, after notice and hearing thereon, it is hereby

ORDERED that the Motion is GRANTED, and it is

FURTHER ORDERED that Debtors shall file all required documents with the Court on or before May 30, 2024.  No further extensions will be granted.

_____
**Ashely M. Chan, Judge**
**United States Bankruptcy Court**