*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Susan Shields Turbitt<br><br>   Debtor(s). | Case No. 24–11322–amc<br><br>Chapter: 13 |

## ORDER

    AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated May 23, 2024, this case is hereby DISMISSED.

**Date: June 6, 2024**

_____
Ashely M. Chan
Judge, United States Bankruptcy Court

Missing Documents:
Means Test Calculation 122C2 Due 5/2/24
Plan Due 5/2/24
Schedules A Due 5/2/24
Schedules B Due 5/2/24
Schedules C Due 5/2/24
Schedules D Due 5/2/24
Schedules E Due 5/2/24
Schedules F Due 5/2/24
Schedules G Due 5/2/24
Schedules H Due 5/2/24
Schedules I Due 5/2/24
Schedules J Due 5/2/24
Statement of Attorney Compensation Due 5/2/24
Statement of Current Monthly Income (122C1) Due 5/2/24
Statement of Financial Affairs Due 5/2/24
Summary of Assets and Liabilities Due 5/2/24