United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Susan Shields Turbitt  
    Debtor

Case No. 24-11322-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jun 06, 2024      Form ID: pdf900      Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan Shields Turbitt, 25 Garlor Dr., Havertown, PA 19083-1223 |
| 14875429 | + | Mohela/dept Of Ed, Pob 60610, Harrisburg, PA 17106-0610 |
| 14875430 | | Select Portfolio Servicing, P.O. Box 62250, Salt Lake City, UT 84165 |
| 14878238 | + | Wells Fargo Bank, N.A., c/o Michael Farrington, Esq, 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 07 2024 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 07 2024 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14875424 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 07 2024 00:09:09 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14883611 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 07 2024 00:08:28 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14875425 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 07 2024 00:08:47 | Citicard, Citicorp Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14875426 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 07 2024 00:00:00 | Comenity Bank/Stage, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14875428 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 07 2024 00:08:30 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 14890804 | | Email/Text: peritus@ebn.phinsolutions.com | Jun 07 2024 00:00:00 | FIRST INVESTORS SERVICING CORPORATION, c/o Peritus Portfolio Services II LLC, PO Box 141419, Irving, TX 75014-1419 |
| 14875427 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Jun 07 2024 00:00:00 | First Investors Financial Dept, Attn: Bankruptcy, 3065 Akers Mill Rd Se, Ste 700, Atlanta, GA 30339-3124 |
| 14875431 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 07 2024 00:25:23 | Synchrony Bank/JCPenney, Po Box 71729, Philadelphia, PA 19176-1729 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 06, 2024 | Form ID: pdf900 | Total Noticed: 14 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2024            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY A. FRIGO | on behalf of Debtor Susan Shields Turbitt anthonyfrigo@msn.com  frigoar70666@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Wells Fargo Bank  N.A., as Trustee for the EMC Mortgage Loan Trust 2002-A, Mortgage Pass-Through Certificates Series 2002-A bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>　Susan Shields Turbitt<br><br>　Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−11322−amc<br><br>Chapter: 13 |

## ORDER

　　AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated May 23, 2024, this case is hereby DISMISSED.

**Date: June 6, 2024**

_____
Ashely M. Chan
Judge, United States Bankruptcy Court

Missing Documents:
Means Test Calculation 122C2 Due 5/2/24
Plan Due 5/2/24
Schedules A Due 5/2/24
Schedules B Due 5/2/24
Schedules C Due 5/2/24
Schedules D Due 5/2/24
Schedules E Due 5/2/24
Schedules F Due 5/2/24
Schedules G Due 5/2/24
Schedules H Due 5/2/24
Schedules I Due 5/2/24
Schedules J Due 5/2/24
Statement of Attorney Compensation Due 5/2/24
Statement of Current Monthly Income (122C1) Due 5/2/24
Statement of Financial Affairs Due 5/2/24
Summary of Assets and Liabilities Due 5/2/24