| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-11322-AMC**

Susan Shields Turbitt                                   Petition Filed Date: 04/18/2024
25 Garlor Dr.                                           341 Hearing Date: 01/01/1900
Havertown  PA    19083                                  Confirmation Date:

Case Status: Dismissed Before Confirmation on 6/ 6/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/28/2024 | $1,200.00 | | | | | | | |

**Total Receipts for the Period:  $1,200.00    Amount Refunded to Debtor Since Filing:  $1,080.00    Total Receipts Since Filing: $1,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ANTHONY A FRIGO ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $2,789.77 | $0.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA »» 001 | Unsecured Creditors | $1,627.88 | $0.00 | $0.00 |
| 3 | PERITUS PORTFOLIO SERVICES »» 003 | Unsecured Creditors | $2,899.02 | $0.00 | $0.00 |
| 0 | Susan Shields Turbitt | Debtor Refunds | $1,080.00 | $1,080.00 | $0.00 |

**Chapter 13 Case No. 24-11322-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,200.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $1,080.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $120.00 | | |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.